AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Julio Doe, pseudonym
pro se

_____
Petitioner

v.                                Case No. _____
                                         (Supplied by Clerk of Court)
State of Florida

_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Julio Doe (a pseudonym)
   (b) Other names you have used: see attached

2. Place of confinement:
   (a) Name of institution: Broward County Sheriff Jail, now Pretrial Release
   (b) Address: 555 SE 1st Ave, Fort Lauderdale, FL 33301

   (c) Your identification number: 22008949CF10A

3. Are you currently being held on orders by:
   ☐ Federal authorities      ☑ State authorities      ☐ Other - explain:
   Pretrial Release conditions

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       (b) Docket number of criminal case: 22008949CF10A
       (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): pending charges

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain):*   no probable cause see attached and exhibits
   motion emergency writ of habeous corpus

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   Broward county criminal court, FWC, and CBP

   (b) Docket number, case number, or opinion number:   22008949CF10A

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Charging information and probable cause for concealed carry and bui. Delayed appointment of counsel and
   and ineffective assistance of counsel to file for preliminary hearing to show cause.

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes       ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:   Broward criminal court

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:   denied motions to dismiss
   (5) Date of result:
   (6) Issues raised:   no probable cause for arrest for BUI and legal authority per Fl statute to legally conceal carry.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes   ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes   ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion or a Section 2254 to petition to challenge this conviction or sentence?**

☐ Yes   ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☑ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result: _____

  (5) Date of result: _____

  (6) Issues raised: _____

12. **Other appeals**

 Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

 ☐ Yes     ☒ No

 If "Yes," provide:

 (a) Kind of petition, motion, or application: _____

 (b) Name of the authority, agency, or court: _____

 (c) Date of filing: _____

 (d) Docket number, case number, or opinion number:

 (e) Result: _____

 (f) Date of result: _____

 (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** see attached

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes                    ☐ No

## GROUND TWO: _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes                    ☐ No

## GROUND THREE: _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes                    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: complete dismissal of all charges

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/07/2023                           _John Poe_      _Pro Se_
                                            Signature of Petitioner


                                            _____
                                            Signature of Attorney or other authorized person, if any

PO Box 1740
Ft. Lauderdale, FL 33302

U.S. Federal Building and Courthouse
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301