FILED BY_____D.C.

MAR 08 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Julio Doe, pro se pseudonym_____, Plaintiff,

vs.

Case No. _____

State of Florida_____, Defendant(s)

## Motion For Referral To Volunteer Attorney Program

I, Maurice Rocha_____, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: *[signed]*
Printed name: Maurice Rocha
Address: PO Box 1740
Ft. Lauderdale, FL

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

Signature: *[signed]*
Printed name: Maurice Rocha

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant